## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KRU MATTHEWS,

      Appellant

      v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

      Appellee

:  No. 40 WAP 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of June, 2020, the Application for Summary Relief is GRANTED, and the Order of the Commonwealth Court is AFFIRMED.   The Application for Stay is DISMISSED as moot.